

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**EVAN J. GOTTSTEIN**
*Assistant Corporation Counsel*
(212) 356-2262
egottste@law.nyc.gov

February 2, 2023

**By ECF**
Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Eric DeBerry v. City of New York, et al.</u>
            21-CV-5117 (LDH) (RML)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants the above-referenced action. Defendants write in response to the Court's Electronic Docket Order, dated February 1, 2023, directing counsel to meet and confer and submit a proposed subpoena with an agreed upon but expedited date for non-party Kareem Collins's deposition. Upon conferral with plaintiff's counsel, defendants submit the attached proposed subpoena to be so-ordered, commanding Mr. Collins's appearance for a deposition on Wednesday, February 8, 2023, at the Office of the Corporation Counsel at 10:30 a.m.

      Defendants thank the Court for its time and consideration of this application.

                              Respectfully submitted,

                              *Evan J. Gottstein*    /s/
                              Evan J. Gottstein
                              *Assistant Corporation Counsel*
                              Special Federal Litigation Division

cc:    All Counsel of Record (via ECF)

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Eric DeBerry )
*Plaintiff* )
v. ) Civil Action No. 21 Civ. 5117 (LDH) (RLM)
The City of New York, Patricia Tufo, Ronald Barcus, )
and John and Jane Does 1-25 )
*Defendant* )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Kareem Collins
1370 Eastern Parkway, Apt. BA, Brooklyn, NY 11233

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: New York City Law Department<br>100 Church Street, 4th Floor<br>New York, NY 10007 | Date and Time:<br>02/08/2023 10:30 am |
|---|---|

The deposition will be recorded by this method: Stenographic and audiovisual

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* The City of New York, Patricia Tufo, and Ronald Barcus , who issues or requests this subpoena, are:

Evan Gottstein, Assistant Corporation Counsel, 100 Church St., Rm. 3-189, egottste@law.nyc.gov, (212) 356-2262

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).